# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHN W. TEW, II

VERSUS

UNITED SERVICES AUTOMOBILE
ASSOCIATION, TIMOTHY ANDRIES AND
GEICO GENERAL INSURANCE COMPANY

CONSOLIDATED WITH

JOHN W. TEW, II

VERSUS

GOAUTO INSURANCE COMPANY AND
EARL V. HUTTON

NO.   2021 CW 1197

**OCTOBER 6, 2021**

---

In Re:    United Services Automobile Association, applying for
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 656812 c/w 657425.

---

**BEFORE:    WHIPPLE, C.J., LANIER AND WOLFE, JJ.**


     **WRIT DENIED.** The criteria set forth in **Herlitz Construction
Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878
(La. 1981) (*per curiam*) are not met.

                              **VGW**
                              **WIL**
                              **EW**

COURT OF APPEAL, FIRST CIRCUIT


DEPUTY CLERK OF COURT
       FOR THE COURT